**Order entered February 11, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01697-CV

### CURTIS B. WISE, Appellant

### V.

### SR DALLAS, LLC, Appellee/Cross-Appellant

### V.

### JERRY SPENCER, LP, Cross-Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-07-03956-J**

## ORDER

The Court has before it cross-appellee's February 6, 2013 unopposed second motion for extension of time to file its brief. The Court **GRANTS** the motion and **ORDERS** cross-appellee to file its brief by March 8, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE